**Order entered December 2, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00746-CV

**KENNETH GORDON, ET AL., Appellants**

**V.**

**TRUCKING RESOURCES INC., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02385-2019**

## ORDER

This is an appeal from an order confirming an arbitration award. Before the Court is appellants' November 30, 2021 motion to extend the time to file their brief on the merits. Appellants ask the time to file their brief run from the date a supplemental clerk's record containing the record from the proceedings before the American Arbitration Association (AAA) is filed. The record before this Court reflects that the record of the AAA proceeding was not before the trial court. Accordingly, we **DENY** the motion. *See* TEX. R. APP. P. 34.5(c); *Intermarque*

*Auto. Products, Inc. v. Feldman*, 21 S.W.3d 544, 547 n.3 (Tex. App.—Texarkana 2000, no pet.) (observing that while Rule 34.5(c) allows courts to supplement the record, it does not allow an appellate court to consider documents which were not on file with the trial court at the time the trial court ruled).

On the Court's own motion, we extend the deadline for appellants' brief to **January 3, 2022**.


/s/ CRAIG SMITH
   JUSTICE